**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA    )
                              )    No. 20 CR 348
v.                        )    Hon. Matthew F. Kennelly
                              )
DOMENIC POETA          )

## MOTION FOR EXTENSION OF TIME

Defendant, Domenic Poeta, by and through his attorneys, Breen & Pugh, respectfully moves this Honorable Court for the entry of an order extending the time to file his sentencing memorandum to October 30, 2020. In support thereof Defendant shows to the Court the following:

1.    On August 10, 2020, Defendant pleaded guilty, pursuant to a plea agreement, to one count of using a wire communication facility for the transmission in interstate and foreign commerce of bets and wagers, in violation of 18 U.S.C. § 1084(a), and one count of willfully subscribing a false tax return, in violation of 26 U.S.C. § 7206.

2.    Currently, Defendant's sentencing hearing is scheduled for November 4, 2020, and his sentencing memorandum is due to be filed on October 28, 2020.

3.    Counsel requires additional time to complete and file Defendant's sentencing memorandum. Therefore, Counsel respectfully requests the Court extend the time for filing Defendant's sentencing memorandum to October 30, 2020.

4.    Counsel has spoken with the attorney for the Government, Patrick King, who has indicated the Government does not object to Defendant's request.

Therefore, Defendant respectfully requests the Court extend the time for the filing of his sentencing memorandum to October 30, 2020.

Respectfully submitted,

/s/ Robert W. Stanley

Thomas M. Breen
Todd S. Pugh
Jonathan M. Brayman
Robert W. Stanley
BREEN & PUGH
53 W. Jackson Blvd., Suite 1215
Chicago, Illinois 60604
(312) 360-1001 (t)
(312) 362-9907 (f)

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the following document:

## MOTION FOR EXTENSION OF TIME

was served on October 27, 2020, in accordance with Federal Rule of Criminal Procedure 49, Federal Rule of Civil Procedure 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:   /s/ Robert W. Stanley
       **ROBERT W. STANLEY**