**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA

         *Plaintiff*

         v.

DOMENIC POETA

         *Defendant*

No. 20 CR 348
Hon. Matthew F. Kennelly

**DOMENIC POETA'S SUPPLEMENT
TO HIS SENTENCING MEMORANDUM**

Defendant, Domenic Poeta, by and through his attorneys, Breen & Pugh, submits the following as a supplement to his sentencing memorandum:

1. On October 30, 2020, Defendant submitted his sentencing memorandum. In the memorandum, Defendant indicated that he had secured a personal loan to pay the full amount of restitution that will be ordered at his sentencing hearing. *See* Dkt. No. 22 at 1-2.

2. Since the filing of Defendant's sentencing memorandum, the offer tendered to Mr. Poeta for the personal loan was revoked. Therefore, Defendant is not currently able to pay restitution in full.

3. Defendant believes he has raised approximately $600,000 to pay towards restitution and is in the process of trying to secure a different loan to pay the balance of the restitution.

Respectfully submitted,

/s/ Thomas M. Breen


BREEN & PUGH
53 W. Jackson Blvd., Suite 1215
Chicago, Illinois 60604
(312) 360-1001 (t)
(312) 362-9907 (f)