# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                  Plaintiff,

v.                                     Case No.: 1:20–cr–00348

                                     Honorable Matthew F. Kennelly

Dominic Poeta

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 30, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Dominic Poeta: Sentencing hearing held by video on 11/30/2020. All parties consented to proceed by video for the hearing. The Court finds that the requirements of the CARES Act section 150002 have been met. Judgment order to follow. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.