## *United States District Court for the Northern District of Illinois*

Case Number:                            Assigned/Issued By:

Judge Name:                        Designated Magistrate Judge:

### FEE INFORMATION

*Amount Due:* ☐ $400.00    ☐ $47.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $505.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

### ISSUANCES

☐ Summons             ☐ Alias Summons

☐ Third Party Summons      ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets      _____

                                         (Victim, Against and $ Amount)

☐ Writ _____
                 (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                             (Date)