UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
                  Plaintiff,     )
                                 )    No. 20 CR 348
         v.                      )
                                 )    Judge Kennelly
DOMINIC POETA,                   )
                                 )
                  Defendant.     )

## TERMINATION OF CITATION PROCEEDINGS

The United States, by John R. Lausch, Jr., United States Attorney for the Northern District

of Illinois, terminates the citation proceedings against J.P. Morgan Chase Bank, N.A. by agreement

of the parties. Therefore, any funds being withheld by the citation respondent may be released.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Beth A. Clukey
    BETH A. CLUKEY
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 613-3600
    beth.clukey@usdoj.gov