UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 20 CR 348-1 |
| DOMINIC POETA, | ) | |
| | ) | Judge Kennelly |
| Defendant. | ) | |

## AGREED MOTION FOR INSTALLMENT PAYMENT ORDER

The United States of America, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, moves for an agreed order directing defendant Dominic Poeta to make installment payments to the United States pursuant to 28 U.S.C. § 3204, and in support states as follows:

1. The court entered a restitution judgment against defendant Dominic Poeta in December 2020 in the amount of $1,486,363, as well as a $200 assessment and $50,000 fine. Dkt. 33, 35. As of January 11, 2021, Poeta has an outstanding balance of $1,536,668.06.

2. Poeta proposes the following payment plan:

a. Poeta will remit the sum of $200,000 to the Clerk of Court, payable immediately.

b. Poeta will remit monthly payments in the amount of $50,000 to the Clerk of Court, to commence upon Poeta's release from incarceration and continuing until the debt is paid in full.

3. Poeta understands that the U.S. Attorney's Office will place Poeta on the Treasury Offset Program until the judgment debt is paid in full. Poeta also understands the United States

reserves the right to proceed with any other available administrative and judicial remedies to enforce the judgment. If Poeta defaults on the installment payment plan, the United States will proceed on any and all other available administrative and judicial remedies to enforce the judgment.

4. The United States agrees to this proposal and agrees to terminate the citation currently encumbering Poeta's financial accounts with Chase Bank.

5. Poeta understands and agrees that, should his economic circumstances change significantly from the date of filing, he will re-negotiate the monthly installment amount with the United States. To that end, Poeta should be required to provide the United States Attorney's Office with a yearly financial statement that summarizes: (1) defendant's gross income from the business, (2) defendant's business and personal expenses, (3) defendant's gross wages, and (4) defendant's disposable earnings after taxes and other deductions required by law. The yearly statement is necessary to verify that the defendant is paying an appropriate amount. Furthermore, defendant should be required to submit a complete copy of business and personal federal income tax returns to the United States Attorney's Office upon filing each year.

6. There has been no previous motion for an installment payment order, and no writ of garnishment is in effect under 28 U.S.C. § 3205.

WHEREFORE, the United States moves this court for entry of an installment payment order in accordance with the provisions of 28 U.S.C. § 3204.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Beth A. Clukey
  BETH A. CLUKEY
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois 60604
  (312) 613-3600
  beth.clukey@usdoj.gov