UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 20 CR 348-1 |
| DOMINIC POETA, | ) | |
| | ) | Judge Kennelly |
| Defendant. | ) | |

**INSTALLMENT PAYMENT ORDER**

This matter is before the court on the agreed motion for an installment payment order. The court has reviewed the motion and finds as follows:

1.     Judgment was entered in this case in favor of the United States and against defendant Dominic Poeta and the outstanding balance is $1,536,668.06 as of January 11, 2021.

2.     The parties propose, and the court adopts, the following payment plan:

a.     Poeta will remit the sum of $200,000 to the Clerk of Court, payable immediately;

b.     Poeta will remit monthly payments in the amount of $50,000 to the Clerk of Court, to commence upon Poeta's release from incarceration and continuing until the debt is paid in full.

3.     Poeta understands that the U.S. Attorney's Office will place Poeta on the Treasury Offset Program until the judgment debt is paid in full. Poeta also understands the United States reserves the right to proceed with any other available administrative and judicial remedies to enforce the judgment.

4.     The United States agrees to this proposal and agrees to terminate the citation currently encumbering Poeta's financial accounts with Chase Bank.

5.     Poeta understands and agrees that, should his economic circumstances change significantly from the date of filing, he will re-negotiate the monthly installment amount with the United States.  To that end, Poeta should be required to provide the United States Attorney's Office with a yearly financial statement that summarizes: (1) defendant's gross income from the business, (2) defendant's business and personal expenses, (3) defendant's gross wages, and (4) defendant's disposable earnings after taxes and other deductions required by law.  The yearly statement is necessary to verify that the defendant is paying an appropriate amount.  Furthermore, defendant should be required to submit a complete copy of business and personal federal income tax returns to the United States Attorney's Office upon filing each year.

6.     Payments shall be submitted to the United States Clerk of Court, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, by cashier's check or money order. It is therefore,

ORDERED that Poeta will remit the sum of $200,000 to the Clerk of Court, payable immediately, and will remit monthly payments in the amount of $50,000 to the Clerk of Court, to commence upon Poeta's release from incarceration and continuing until the debt is paid in full, with the amounts subject to re-negotiation should Poeta's economic circumstances change, with the United States to terminate the citation currently pending against Poeta's financial accounts, and Poeta to be placed on the Treasury Offset Program, the United States reserving the right to proceed with any other available administrative and judicial remedies to enforce the judgment.

ENTER:

_____
United States District Judge

Date: Jan. 20, 2021

2